UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: <br> All American Restorative Care of <br> Washington, Inc. <br><br><br> Debtor(s) | BK No.: 13-48425 <br><br> Chapter: 11 <br> Honorable A. Benjamin Goldgar |

**Order Granting Application To Hear Emergency Cash Collateral Motion**

This cause coming on to be heard upon the Application of the Debtor, All American Care of Washington, to set a hearing for the emergency use of cash collateral through January 31, 2014, it is hereby ordered as follows:

1. The ~~Motion~~ Application is granted.

2. The Debtor may set its Emergency Motion for Use of Cash Collateral for December 30, 2013 at 9:30 a.m. before the undersigned Judge and give notice thereof as provided by Local Rule.

Enter:

United States Bankruptcy Judge

Dated: 12/26/13

**Prepared by:**
Keevan D. Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd.; Suite 4 East
Chicago, Illinois 60607
312.243.0006
ARDC NO. 1958844

Rev: 20120209_bko